UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST et al., <br><br> Plaintiffs, <br><br> v. <br><br> CRESCENT MECHANICAL INC. et al., <br><br> Defendants, <br><br> and <br><br> HERITAGE BANK, <br><br> Garnishee-Defendant. | CASE NO. 2:24-cv-00891-LK <br><br> JUDGMENT AND ORDER TO PAY |

**JUDGMENT SUMMARY**

Judgment Creditor:              Northwest Sheet Metal Workers Organizational Trust, et al.

Garnishment Judgment
Debtor (Garnishee):             Heritage Bank

JUDGMENT AND ORDER TO PAY - 1

| | | |
|---|---|---|
| Garnishment Judgment Amount: | $ 4,169.57 | |
| Costs Judgment Debtor: | $ | 0 |
| Costs Judgment Amount: | $ | 0 |

Attorney for Judgment Creditor:   Noah Barish
McKanna Bishop Joffe, LLP
1635 NW Johnson St
Portland, OR 97209

IT APPEARING THAT Garnishee Heritage Bank was indebted to Defendants Guy Hamilton and Nancy Hamilton jointly in the total nonexempt amount of $4,169.57; that at the time the writ of garnishment was issued Defendants Guy Hamilton and Nancy Hamilton maintained financial institution accounts with Garnishee, or Garnishee had in its possession or control funds, personal property, or effects of Defendants Guy Hamilton and Nancy Hamilton; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiffs are awarded judgment against Garnishee Heritage Bank in the amount of $4,169.57. Garnishee shall pay its judgment amount directly to Plaintiffs via their counsel, made payable to "Northwest Sheet Metal Workers Trust Funds." Any payment directed to Plaintiffs shall be mailed to counsel for Plaintiffs as follows:

Noah Barish
McKanna Bishop Joffe, LLP
1635 NW Johnson St.
Portland, OR 97209

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

Dated this 30th day of August, 2024.

*Lauren King*
Lauren King
United States District Judge